|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON |
| | AT SEATTLE |

| UNITED STATES OF AMERICA, | NO. CR04-276-JCC |
|---|---|
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| GABRIEL KEKOA LETOTO, | |
| Defendant. | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 9, 2012. The United States was represented by Assistant United States Attorney Thomas Bates, and the defendant by Paula Deutsch.

The defendant had been charged with Possession of Visual Images of Minors Engaged in Sexually Explicit Conduct, in violation of 18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256. On or about September 30, 2005, defendant was sentenced by the Honorable John C. Coughenour to a term of 48 months in custody, to be followed by 10 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, sex offender special conditions, prohibition from pornography, no contact with minors or the victim, employment restrictions, computer monitoring conditions, and pre-approval of residence.

In a Petition for Warrant or Summons dated November 8, 2012, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to comply with the U.S. Probation Computer Monitoring Program on or before October 27, 2012, in violation of the special condition that the defendant shall consent to the on-going monitoring of his computers and any electronic devices/media and shall comply with the requirements of the U.S. Probation Computer Monitoring Program as directed.

(2) Viewing pornography on or before October 27, 2012, in violation of the special condition that prohibits the defendant from possessing or perusing any authentic, altered, or manufactures, in whatever form, material that depicts and/or describes sexually explicit conduct or child pornography.

(3) Having unsupervised contact with a minor under the age of 18 on or before October 27, 2012, in violation of the special condition that prohibits the defendant from having direct or indirect contact with any children under the age of 18, unless accompanied and supervised by an adult who has been approved in advance by the therapist and/or supervising probation officer.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on November 30, 2012 at 9:00 a.m.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1        Pending a final determination by the Court, the defendant has been detained.

2        DATED this 9th day of November, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:          Honorable John C. Coughenour
       AUSA:                Thomas Bates
       Defendant's attorney:   Paula Deutsch
       Probation officer:      Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3