THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL KEKOA LETOTO, <br><br> Defendant. | CASE NO. CR04-0276 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond to Defendant's motion for early termination of supervised release (Dkt. No. 104). The Government requests an extension until January 23, 2017 because Defendant's probation officer is off work until January 19, 2017. Defendant does not oppose this request. (Dkt. No. 104 at 2.) The Government's motion for an extension of time (Dkt. No. 104) is GRANTED. A response is due by January 23, 2017. Defendant's reply will be due January 27, 2017. The Clerk is respectfully DIRECTED to renote Defendant's motion for early termination of supervised release (Dkt. No. 103) to January 27, 2017.

//

//

DATED this 19th day of January 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk